**MUELLER SPORTS MEDICINE, INC., Plaintiff–Appellee,**

v.

**SPORTSTAR ATHLETICS, INC., Defendant–Appellant.**

No. 06–1119.

United States Court of Appeals, Federal Circuit.

Oct. 4, 2006.

Before BRYSON, Circuit Judge, ARCHER, Senior Circuit Judge, and GAJARSA, Circuit Judge.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R.36

**Mark A. FREEMAN and Timothy K. Stringer, Plaintiffs–Appellants,**

v.

**PLAYTEX PRODUCTS, INC., Defendant–Appellee.**

No. 06–1027.

United States Court of Appeals, Federal Circuit.

Oct. 5, 2006.

Before MICHEL, Chief Judge, LOURIE and SCHALL, Circuit Judges.

### Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.